UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DASHAWN HAWKINS,

                Plaintiff,

against

UNITED STATES OF AMERICA,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 867 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 18, 2019, the Court ordered Plaintiff Dashawn Hawkins' former counsel to give sworn testimony, in the form of an affidavit, addressing the allegations of ineffective assistance of counsel made by Mr. Hawkins and ordered the Government to file its opposition to Mr. Hawkins' motion for relief from his conviction pursuant to 28 U.S.C § 2255. (ECF No. 21). The Government has yet to file its opposition and is directed to file a status report by **Monday, December 23, 2019**.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Hawkins at the address below.

Dated: New York, New York
December 17, 2019

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

<u>Mail To</u>:  Dashawn Hawkins
ID No: 78241-054
F.C.I. - Ray Brook
P.O. Box 900
Ray Brook, NY 12977

2