UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DASHAWN HAWKINS,

                Plaintiff,

against

UNITED STATES OF AMERICA,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 867 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Today, March 13, 2020, Attorney Jason Michael Swergold notified the Court, by telephone, that Mr. Hawkins' response to the Government's opposition (ECF No. 31), includes sensitive and confidential material that should not be publicly filed. Accordingly, the Court ordered that ECF No. 31 be sealed. Defendant is directed to file a letter by **Wednesday, March 18, 2020** explaining the confidential nature of the material and providing which portions, if any, may be filed on the public docket.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Hawkins at the address below.

Dated:     New York, New York
           March 13, 2020

                                        SO ORDERED

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**

Mail To:   Dashawn Hawkins
           ID No: 78241-054
           F.C.I. - Ray Brook
           P.O. Box 900
           Ray Brook, NY 12977