USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
           :
DASHAWN HAWKINS,       :
           :
           Petitioner, :
           :     1:19-cv-867-GHW
    -against-       :     1:16-cr-691 GHW
           :
UNITED STATES OF AMERICA,     :     ORDER
           :
           Respondent.:
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Petitioner's request for an extension of the deadline to file objections to the April 20, 2021 report and recommendation, Dkt. No. 43 in 1:19-cv-867 and Dkt. No. 112 in 1:16-cr-691, is granted. The deadline for Plaintiff to file objections is extended to August 4, 2021. The Clerk of Court is directed to terminate the motions pending at Dkt. No. 43 in 1:19-cv-867 and Dkt. No. 112 in 1:16-cr-691, and to mail a copy of this order to Mr. Hawkins.

      SO ORDERED.

Dated: May 5, 2021
New York, New York

                                      _____
                                             GREGORY H. WOODS
                                             United States District Judge